AUGUST 10, 1993

No. 92–1900. SAMUELSON ET AL. *v.* WOLFF & MUNIER, INC., ET AL. Ct. App. Tenn. Certiorari dismissed under this Court's Rule 46.1.

No. 92–1214. MILLIGAN-JENSEN *v.* MICHIGAN TECHNOLOGICAL UNIVERSITY. C. A. 6th Cir. [Certiorari granted, *ante,* p. 903.] Writ of certiorari dismissed under this Court's Rule 46.1.

AUGUST 17, 1993

No. 92–1646. FLYNN *v.* UNITED STATES [among other cases under this Court's Rule 12.2]. Ct. Mil. App. Certiorari dismissed as to petitioner Everett D. Flynn under this Court's Rule 46.1.

AUGUST 20, 1993

No. 93–5657 (A–170). KELLY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this application and this petition.

AUGUST 24, 1993

No. 93–5702 (A–175). DUROCHER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Motion to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Certiorari dismissed. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE GINSBURG took no part in the consideration or decision of this motion, petition, and application.